KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendants,
RUFINO UCELO dba RUFINO'S TIRES;
GUADALUPE UCELO dba RUFINO'S
TIRES; and IDA A. BENTLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA<br><br>Plaintiff,<br><br>vs.<br><br>RUFINO UCELO dba RUFINO'S TIRES; GUADALUPE UCELO dba RUFINO'S TIRES; IDA A. BENTLEY<br><br>Defendants. | Case No. 1:18-CV-00456-DAD-BAM<br><br>STIPULATION TO CONTINUE DEFENDANTS RUFINO UCELO DBA RUFINO'S TIRES AND GUADALUPE UCELO DBA RUFINO'S TIRES'S TIME TO RESPOND TO COMPLAINT; ORDER |

WHEREAS, the responsive pleadings of Defendants RUFINO UCELO dba RUFINO'S TIRES and GUADALUPE UCELO dba RUFINO'S TIRES (collectively "Rufinos") are currently due by stipulation on May 30, 2018;

WHEREAS, the responsive pleading of Defendant IDA A. BENTLEY ("Bentley") is currently due by Code after acceptance of Waiver of Service on July 10, 2018;

WHEREAS, Rufinos and Bentley (Rufinos and Bentley collectively are "Defendants") are represented by the same counsel;

WHEREAS, the Mandatory Scheduling Conference in this matter is currently set for July 19, 2018;

WHEREAS, counsel for Defendants represent they have arranged for an inspection of the property by a Certified Access Specialist and believe the results of that inspection will

STIPULATION TO EXTEND TIME AND ORDER

facilitate an informal resolution of this matter;

WHEREAS, counsel for the Parties have a well-established relationship and have frequently resolved matters of this type promptly and without the intervention of the Court and believe the same is likely to accomplished here;

WHEREAS, the Parties previously stipulated to extend Rufinos' responsive pleading deadline to May 30, 2018 (Dkt 7), and wish to conserve attorneys' fees as well as the Court's resources with a matter that will likely be informally resolved;

WHEREAS, this stipulation will not alter the currently set Scheduling Conference or any other Court hearing;

NOW THEREFORE, Plaintiff JOSE ACOSTA through his attorney of record and Defendants RUFINO UCELO dba RUFINO'S TIRES and GUADALUPE UCELO dba RUFINO'S TIRES through their attorney of record, hereby stipulate as follows:

1. That Defendants RUFINO UCELO dba RUFINO'S TIRES and GUADALUPE UCELO dba RUFINO'S TIRES time to respond to the Complaint be extended to July 10, 2018, which extension exceeds 28 days from the initial deadline and consistent with the due date for Bentley's responsive pleading.

Dated: May 29, 2018     MISSION LAW FIRM, A.P.C.

By: /s/ *Zachary M. Best*
ZACHARY M. BEST
Attorneys for Plaintiff
JOSE ACOSTA

Dated: May 29, 2018     COLEMAN & HOROWITT, LLP

By: /s/ Keith M. White
KEITH M. WHITE
Attorneys for Defendants
RUFINO UCELO dba RUFINO'S TIRES;
GUADALUPE UCELO dba RUFINO'S TIRES; IDA A. BENTLEY

## ORDER

Pursuant to Local Rule 144, and for good cause being shown, the Court hereby GRANTS the parties' stipulation to extend Defendants RUFINO UCELO dba RUFINO'S TIRES and GUADALUPE UCELO dba RUFINO'S TIRES, time to a File Responsive Pleading to Plaintiff's Complaint up-to and including, July 10, 2018.

IT IS SO ORDERED.

Dated: **June 1, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE